UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60483-CIV-SINGHAL/Valle

JAMES DELUNA,

    Plaintiff,

v.

AMERICAN JOURNEY (PET), LLC, and
CHEWY, INC.,

    Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal (DE [68]). The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of December 2021.

                                                              RAAG SINGHAL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF